IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY ALLEN DABB<br><br>Defendant. | Case No. CR 20-06-GF-BMM<br><br>**ORDER** |

The Defendant, Jeffrey Allen Dabb, through his counsel, moved this Court for leave to withdraw his motion to revoke the detention order issued by Magistrate Johnston on September 15, 2020, (Doc. 57), and for an order vacating the hearing on that motion presently set for Monday, October 5, 2020, at 10:00a.m. The Government does not object. For good cause appearing, IT IS HEREBY ORDERED that the Defendant's motion to revoke the detitanation order entered on September 15, 2020 (Doc. 57) is WITHDRAWN. IT IS FURTHER ORDERED that the hearing on the motion set for October 5, 2020, at 10:00a.m is VACATED.

DATED this 5th day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court