# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY ALLEN DABB,<br><br>Defendant. | Cause No. CR-20-06-GF-BMM<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING SUPPLEMENTAL MOTION FOR SENTENCE REDUCTION** |

The Defendant, Jeffrey Allen Dabb, moved for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. 94). On September 13, 2021, this Court appointed Samir F. Aarab as counsel for Mr. Dabb for purposes of filing a supplemental motion for sentence reduction. (Doc. 95.) This Court ordered counsel to either file a supplemental motion or a request for additional time in which to do so

by September 27, 2021.  Counsel timely moved for a 14-day extension, and the Government did not object.  For good cause appearing,

IT IS HEREBY ORDERED that the Defendant shall have to and including October 11, 2021, in which to file a supplemental motion for sentence reduction.  IT IS FURTHER ORDERED that the Government's response to the motion and supplemental motion shall be due October 18, 2021.

DATED this 20th day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court