# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JEFFREY DABB, <br><br> Defendant. | Cause No.  CR-20-06-GF-BMM-2 <br><br><br> **ORDER** |

On April 1, 2024, Defendant, Jeffery Dabb (Dabb) filed a motion for early termination of supervised release. (Doc. 122.) Samir Aarab was appointed counsel on April 17, 2024.  (Doc. 125.) On October 24, 2022, Dabb's supervised release was transferred to the District of Utah.  (Doc. 120.)   Dabb must re-file his motion for early termination of supervised release in the District of Utah. Accordingly, IT IS HEREBY ORDERED that the hearing set for May 8, 2024 is VACATED.

DATED this 24th day of April, 2024.

_____
Brian Morris, Chief District Judge
United State District Court